```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   MISDEMEANOR
                                      INFORMATION
         - v. -                   :

KOON SO,                          :   08 Cr.

              Defendant.
- - - - - - - - - - - - - - - - -x
```

**08 CRIM 414**

COUNT ONE

The United States Attorney charges:

From in or about November 2004, through in or about July 2006, in the Southern District of New York and elsewhere, KOON SO, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, SO received federal housing subsidies, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 1 2 2008