# United States District Court

## DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Keon So

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: 08 CR 414 (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/08

    The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X _____[signature]_____
                                                       Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _____
                                                   Defendant

Consented to by United States _____
                                                        Signature

                                                       Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

    The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                                                        Defendant

_____[signature]_____                Approved By: _____[signature] Ronald____
Defendant's Attorney (if any)                              U.S. Magistrate

                                                               5-23-08
                                                                 Date