UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| | : |
| KOON SO, | : |
| | : 08 Cr. 414 (RLE) |
| Defendant. | : |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
  Southern District of New York


by: /s/ Amanda Kramer
    Amanda Kramer
    Assistant United States Attorney
    (212) 637-2478


Cc:   Ronald Cheung, Esq.
      Attorney for Defendant