

LEE & CHEUNG, PLLC
ATTORNEYS AT LAW

150 Broadway, Suite 515
New York, NY 10038
Tel: 212.226.6248
Fax: 212.226.6075

David J. Lee   NY
Ronald Cheung   NY CT CO
Mark Weinstein of Counsel

August 14, 2008

**VIA MESSENGER & MAIL**

Honorable Ronald L. Ellis
U.S. Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re:   **United States v. Koon So**
      **Criminal Docket No. 08-CR-414-01 (RLE)**

Dear Judge Ellis:

Our client, Koon So, having entered a guilty plea under the above referenced docket, to Fraudulently Obtaining Federal Housing Assistance (18USC 641) a Class A misdemeanor, is scheduled to be sentenced on August 21, 2008 by your honor.

Mark J. Weinstein, Esq., is handling this matter for our firm. He will be out of town all of next week. We would greatly appreciate an adjournment of the matter to a time convenient to the Court, sometime after September 1, 2008.

AUSA Amanda K. Kramer has been contacted, and has consented to an adjournment.

Very truly yours,

Lee & Cheung, PLLC
Attorneys for Koon So

Sentencing adjourned to 9-11-08 at 11am in courtroom #18D.

**SO ORDERED**

8-19-08

**MAGISTRATE JUDGE RONALD L. ELLIS**

cc:   Amanda K. Kramer, Esq., AUSA/SDNY
      Jemmard Thomas, U.S. Probation Officer